```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                      :
MIGUEL ORTIZ VALENCIA, et al.,                        :
                                                      :            18 Civ. 8848 (PAE) (BCM)
                                Plaintiffs,           :
                                                      :                   ORDER
                -v-                                   :
                                                      :
EMPIRE STRUCTURAL GROUP, LLC, et al.,                 :
                                                      :
                                Defendants.           :
                                                      :
------------------------------------------------------------------------ X
```

PAUL A. ENGELMAYER, District Judge:

On December 20, 2019, the parties submitted a proposed settlement agreement and a letter in support, in this Fair Labor Standards Act ("FLSA") and New York Labor Law action. Dkt. 61 ("Agreement"). The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay the following amounts to plaintiffs:

- Miguel Ortiz Valencia: $3,345.12
- Alejandro Martinez: $2,427.93
- Jose Luis Benito Rodriguez: $3,242.18
- Victorino Vazquez: $3,106.88
- Sergio Armijos: $4,968.72
- Juan Jiminez Rodriguez: $2,949.77
- Julio G. Torres: $4,030.33
- Petronilo Ortiz: $4,083.79
- Arturo Vazquez: $2,586.17
- Omar Ivan Chaves Contreras: $3,552.83
- Candido Gomez: $3,011.12

Defendants further agree to pay $18, 652.32 in attorneys' fees to plaintiffs' attorney, the Law Offices of James F. Sullivan, P.C.  The Agreement therefore allocates one third of the settlement amount to plaintiffs' counsel as attorneys' fees.  Plaintiffs' counsel has agreed to waive costs.  Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

        Accordingly, the Court approves the Agreement.  The Clerk of Court is respectfully directed to terminate the motion pending at docket 61 and close this case.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                    Paul A. Engelmayer
                                                                    United States District Judge

Dated: January 15, 2020
       New York, New York